E. K. CAMPBELL, *contra.*

The bill in this case was filed by the appellant against the appellee, and sought to have adjudged void and cancelled a mortgage executed by her to the defendant, as a cloud on her title, on the ground that, the complainant had not the legal capacity to execute a mortgage, she being a married woman.

Upon the final submission of the cause, the chancellor decreed that the complainant was not entitled to the relief prayed for. Affirmed.

Opinion by HEAD, J.

---

# Thomas v. Heflin, Admr.

APPEAL from the City Court of Birmingham.

Tried before the Hon. H. A. SHARPE.

JAMES E. WEBB, for appellant.

CABANISS & WEAKLEY, *contra.*

The appellant sued the appellee in an action of assumpsit for the recovery of five hundred dollars for that amount as collected by John T. Heflin for the appellant on the 13th of December, 1888.

The defendant pleaded the general issue, and special pleas of recoupment and set off, claiming that the money sued for was collected by his intestate as the attorney of Samuel Thomas in a suit against the A. G. S. Railroad Company and others, which is fully set out in the evidence, and that for John T. Heflin's services the plaintiff owed him a fee, which defendant offered to set off and recoup ; the two defenses of set off and recoupment being presented in separate pleas. The plaintiff in his complaint admitted that the defendant since the death of John T. Heflin had made a payment of two hundred dollars on account of the claim, and gave defendant credit for that

42

amount. Issue was then joined on the pleas of general issue and set off. Upon these issues the case was tried.

There were verdict and judgment for the defendant. The plaintiff appeals, and the judgment was reversed for error committed by the court in refusing to give one of the charges asked by plaintiff. Reversed and remanded.

Opinion by HARALSON, J.

## Englehardt v. Lemle & Dreyfus.

APPEAL from Montgomery Circuit Court.

Tried before the Hon. J. R. TYSON.

A. A. WILEY and W. S. THORINGTON, for appellants.

J. G. Winter, *contra.*

This was a statutory action of ejectment, brought by the appellees against the appellant to recover certain specifically described land.

There was judgment for the plaintiff, and the defendant appeals. Affirmed.

Opinion by BRICKELL, C. J.

## Birmingham Mineral Railway Co. v. Stobert.

APPEAL from the Birmingham City Court,

Tried before the Hon. H. A. SHARPE.

THOS. G. JONES, for appellant,

VOL. 110,